JAMES A. THOMPSON, Respondent, *v.* EDWARD L. DUNBAR et al., Appellants.

*Samuel Hand* for the respondent.

Judgment affirmed by default.